cs 2/3/22

DOA: 2/2/22

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>Humberto RAMOS,<br><br>            Defendant. | Case No. 22MJ8073<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony);<br>Title 8, U.S.C., Section 1324(a)(1)(A)(v)(II)<br>Aiding and Abetting<br><br>Title 18, U.S.C., Section 922(g)(1)<br>Felon in Possession of a Firearm (Felony) |

The undersigned complainant being duly sworn states:

**COUNT I**

On or about February 2, 2022, within the Southern District of California, defendant Humberto RAMOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

Marcelo RAMIREZ-Perez

had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii); Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(II).

## COUNT II

On or about February 2, 2022, within the Southern District of California, defendant Humberto RAMOS, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a 9 millimeter pistol bearing serial number ACC698464; in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

CLAYTON NARDE
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd day of February 2022.

HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA

v.

Humberto RAMOS

## STATEMENTS OF FACTS

This complainant states Complaint and Statement of Facts are based upon statements in the investigative report by BPA L Heipt, that on February 2, 2022, Humberto RAMOS (RAMOS), a United States Citizen, was arrested near Yuma, Arizona for aiding and abetting the transportation of eight (8) undocumented aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(II), and being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

On February 2, 2022, Border Patrol Agents - Intelligence assigned to the El Centro Sector Intelligence Unit's Field Intelligence Team (FIT) were conducting surveillance in Calexico, California. FIT agents wear plain clothes and drive unmarked Service vehicles in order to blend in with the general public. FIT conducts surveillance and investigations on known smugglers and smuggling transportation cells operating in the Imperial Valley.

Approximately 4:30 p.m., Border Patrol Agent (BPA) G. Cigarroa observed a silver Mercedes C230 (Mercedes), bearing an Arizona license plate enter the rest area, located on Interstate 8 west of the Grays Wells Exit from the westbound lanes. BPA G. Cigarroa relayed his observation to additional FIT Agents in the area and continued surveillance on the rest area as well as the Mercedes. Often times, alien smugglers will utilize the rest area to wait for their illicit human cargo to be successfully crossed into the United States. Alien

smugglers will also utilize the rest area to turn around and go back east or west after picking up illegal aliens on the side of Interstate 8.

At approximately 5:50 p.m., BPA G. Cigarroa observed an older model black Chevrolet Tahoe (Tahoe) enter the rest area and park next to the Mercedes. Agent Cigarroa noticed that his view of the Tahoe's license plate was obstructed by a license plate cover. BPA G. Cigarroa watched the driver of the Tahoe, who was wearing a black sweatshirt with a burgundy shirt, exit the Tahoe and converse with the driver of the Mercedes. BPA G. Cigarroa relayed this information to additional FIT Agents and continued static surveillance on both vehicles.

At approximately 6:05 p.m., BPA G. Cigarroa watched as both vehicles began travelling towards the exit of the rest area and merged on to the westbound lanes of Interstate 8. The Tahoe first merged onto the westbound lanes and the Mercedes followed. Once both vehicles had exited the rest area and began travelling westbound on Interstate 8, BPA G. Cigarroa exited the rest area and began to search for the vehicles in order to initiate mobile surveillance on the vehicles.

As BPA G. Cigarroa was travelling westbound, he was not able to see the brake lights or taillights of the vehicles. BPA G. Cigarroa was travelling westbound in the left lane (fast lane), approximately 100 yards west of the rest area when the Tahoe, that had all lights off, rapidly cut across the westbound lanes of Interstate 8 from the emergency shoulder in an attempt to utilize the median and begin travelling back eastbound on Interstate 8. As the Tahoe cut across the westbound lanes of interstate 8, the Tahoe struck BPA G. Cigarroa's

4

unmarked service vehicle on the front passenger's side, causing both BPA G. Cigarroa's unmarked service vehicle and the Tahoe to go into the median. Both vehicles were disabled and unable to move. BPA G. Cigarroa exited his vehicle and observed multiple individuals exit the Tahoe and begin running away from both vehicles.

After the Tahoe struck BPA G. Cigarroa's vehicle, additional FIT Agents came to aid BPA G. Cigarroa and contacted uniformed Border Patrol Agents working in the area of the incident. FIT Agents informed Calexico Border Patrol Agents of the incident and began searching for all occupants of the Tahoe. While searching the area on the north side of the westbound lanes of Interstate 8, Calexico Border Patrol Agents located eight individuals attempting to conceal themselves in the bushes. All eight subject were detained and transported back to the scene of the accident.

Agent Cigarroa identified himself as a Border Patrol Agent to the eight individuals and questioned them as to their citizenship. The subjects, later identified as

Maricela ARELLANES-Vazquez

Viani VAZQUEZ-Franco

Concepcion BAUTISTA-Cruz

Leopoldo SEGURA-Oliva

Marcelo RAMIREZ-Perez

Cristian RIVERA-Ronquillo

Victor ARELLANEZ-Cruz, and

Miguel Angel HERNANDEZ-Venegas

5

individually admitted to being citizens of Mexico in the United States illegally. All eight individuals were arrested for Entry Without Inspection. All eight individuals admitted that they made the illegal entry by climbing the border fence in an area other than through a designated Port of Entry. All eight individuals were not a give-up's and attempted to evade capture and elude inspection.

At approximately 6:45 p.m., while searching for the driver that absconded from the Tahoe, BPA D. Amparan observed the Mercedes begin travelling back eastbound on Interstate 8 from the rest area. BPA D. Amparan immediately notified FIT Agents as well as Calexico Border Patrol Agents via his service radio. FIT Agents and Calexico Border Patrol Agents began travelling eastbound on Interstate 8 towards Yuma, Arizona in search of the Mercedes. Upon reaching the Sidewinder Road Exit, BPA C. Toledo located the Mercedes. After confirming the license plate of the Mercedes, BPA C. Toledo relayed his observation to all Agents who were in the area via radio. At this time, an Air & Marine helicopter (Troy-169) was inflight and able to respond to the area. Troy-169 was able to coordinate with BPA C. Toledo and obtain visual on the Mercedes as it entered Yuma, Arizona.

Troy-169 kept constant visual on the Mercedes as it travelled throughout the residential streets of Yuma, Arizona. Troy-169 continued coordinating with all Agents who positioned themselves in the area of the Mercedes until it came to a stop at 1000 block of South Avenue A, in Yuma, Arizona. Once the Mercedes was parked, BPA A. Mills and BPA C. Toledo approached the Mercedes with Border Patrol markings and insignia fully

visible. BPA A. Mills identified himself as a Border Patrol Agent to the driver of the Mercedes, later identified as Humberto RAMOS. BPA A. Mills questioned RAMOS as to his citizenship. RAMOS stated he was a United States Citizen. RAMOS was subsequently placed under arrest for 8 USC 1324 Alien Smuggling Conspiracy, Aid Or Abet Entry/Transportation.

During a search incident to arrest of the Mercedes, BPA A. Garcia discovered a Taurus G2C 9mm handgun concealed under the driver's seat. The firearm had a fully loaded magazine (12 rounds) and a round in the chamber. Agents also discovered an additional fully loaded magazine inside of a holster for the Taurus 9mm. Preliminary checks revealed that the firearm was not manufactured in the United States. Therefore, the firearm had been transported from a foreign nation to the United States.

Through record checks of RAMOS, FIT Agents discovered that RAMOS was a convicted felon, thus prohibiting him from being in possession of a firearm. Preliminary record checks of RAMOS revealed the following relevant criminal history, though subsequent database queries may produce additional history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRIOSNMENT |
|---|---|---|---|
| 06/16/2021 | Yuma County Superior Court Case No.: S-1400-CR-202100362 | Possession or Use of Drug Paraphernalia, punishable by more than one year | 1 year in prison |

RAMOS and the eight individuals were transported to the Calexico Border Patrol Station for further processing.

Material Witness Marcelo RAMIREZ-Perez (RAMIREZ) stated that he was going to pay $2,500 United States Dollars to be smuggled into the United States. RAMIREZ stated that he was instructed to walk to the 8 freeway where he was picked up by a four-door black enclosed vehicle with an unknown male driver. Seconds later, they were involved in a traffic accident and ran from the scene. RAMIREZ stated that he and seven others were later apprehended by the Border Patrol.

The complainant states the name of the Material Witness is as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Marcelo RAMIREZ-Perez | Mexico |

Further, complainant states that the Material Witness is citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.